*Grostefon*, 12 M.J. 431 (C.M.A. 1982), out of time, it is ordered that said motions are hereby denied, and said petition for reconsideration is hereby denied.

No. 14–0483/AF. U.S. v. Steven J. Holsey. CCA 38306. Appellant's motion to attach documents is denied.

No. 14–0487/AR. U.S. v. Cecil Saddler, Jr. CCA 20110676. Upon consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals and the supplement of the Appellant, we note two discrepancies in the matters filed pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982). First, pages 1–4, 10–15, and 20 are missing. Second, once provided, the matters total 24 pages and therefore exceed the maximum limit of 15 pages under CAAF Rule 21A(a). Accordingly, it is ordered that Appellant shall submit a complete set of *Grostefon* matters in compliance with the 15–page limit of CAAF Rule 21A(a) on or before June 12, 2014.

No. 14–0515/AF. U.S. v. William C. Gurney. CCA 37905. On consideration of the motions filed by Lieutenant Colonel Jane E. Boomer to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent the Appellants and the new counsel have assumed the representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 14–0589/AR. U.S. v. Alvin Patterson. CCA 20121146. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including June 19, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Friday, June 6, 2014

